IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **QUENTIN LEE EWING, #42404509** | § | |
| *Plaintiff* | § | **CIVIL ACTION NO. 4:21cv910** |
| v. | § | **Judge Mazzant/Judge Nowak** |
| | § | |
| **FANNIN CNTY. DET. CTR.** | § | |
| *Defendant* | § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge (Dkt. #33), which contains proposed findings of fact and recommendations for the disposition of Plaintiff's motion for summary judgment (Dkt. #25), has been presented for consideration. The Report recommends that the motion for summary judgment be denied without prejudice as premature. No objections have been filed. The Court concludes that the Report is correct and adopts the findings and conclusions of the Magistrate Judge.

It is therefore **ORDERED** that Plaintiff's motion for summary judgment (Dkt. #25) is **DENIED** without prejudice as premature.

IT IS SO ORDERED.
SIGNED this 2nd day of March, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE